UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WANG, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-1817 DAD P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of his complaint.[1] See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit the appropriate statement.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement

/////

---

[1] Although plaintiff filed his complaint on August 1, 2014, he submitted a prison trust account that is current only through April 3, 2014. (See ECF No. 2 at 3.) The statute requires that this court assess the "average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint[.]" 28 U.S.C. § 1915(b)(1)(B).

1

for the six-month period immediately preceding the filing of his complaint. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: August 12, 2014

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
king1817.3c.new.6mo.