UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KING, | No. 2:14-cv-1817 DAD P |
| Plaintiff, | |
| v. | ORDER AND |
| WANG, | FINDINGS AND RECOMMENDATIONS |
| Defendant. | |

By an order filed November 6, 2014, the court ordered plaintiff to complete and return, within thirty days, the USM-285 form and copies of his complaint which are required to effect service on the defendant Wang. On December 24, 2014, plaintiff submitted the copies of the complaint but failed to provide a complete address for defendant Wang on the USM-285 form.

Consequently, by order filed January 6, 2015, the court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form necessary to effect service on defendant Wang, including a complete address. That thirty day period has long since passed, and plaintiff has not responded in any way to the court's order.

In light of the foregoing, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a district judge to this action.

////

////

1

1    IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Findings and Recommendations."   Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 24, 2015

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10
king1817.fusm

2