UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID KING,

        Plaintiff,

  v.

WANG, et al.,

        Defendants.

No.  2:14-cv-1817 KJM DAD P

ORDER

       Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

       On November 6, 2014, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form and copies of his complaint which are required to effect service on the defendant Wang.  (ECF No. 8.)  On December 24, 2014, plaintiff submitted the copies of the complaint but failed to provide a complete address for the defendant on the USM-285 form.

       On January 6, 2015, the court ordered plaintiff to submit a properly-completed USM-285 form within thirty days.  (ECF No. 13.)  Plaintiff was cautioned that his failure to timely submit the USM-285 form would result in a recommendation that this action be dismissed.

       Plaintiff failed to submit a properly-completed USM-285 form.  Accordingly, on March 25, 2015, the court issued findings and recommendations recommending dismissal of this action.

1

1 (ECF No. 14.)  Plaintiff was therein granted fourteen days to file written objections to the
2 findings and recommendations with the court.
3       On April 6, 2015, plaintiff filed objections to the findings and recommendations.  (ECF
4 No. 15.)  Therein plaintiff claims that he responded to the court's January 6, 2015 order, and
5 provides defendant's address for purposes of service of process.  Based on this representation, the
6 court will vacate the previously-filed findings and recommendations and provide plaintiff another
7 opportunity to file a properly-completed USM-285 form for defendant.
8       In light of the foregoing, IT IS HEREBY ORDERED that:
9       1.  The findings and recommendations filed on March 25, 2014 (ECF No. 14) are vacated.
10       2.  The Clerk of the Court is directed to send plaintiff one blank USM-285 form.
11       3.  Within thirty days, plaintiff shall submit to the court the completed USM-285 form
12 required to effect service.  Plaintiff's failure to return the USM-285 form within the specified
13 time period will result in a recommendation that this action be dismissed.
14 Dated:  April 20, 2015

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10/
king1817.vac.fr

2