UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KING,<br><br>        Plaintiff,<br><br>    v.<br><br>WANG,<br><br>        Defendant. | No. 2:14-cv-1817 KJM DB P<br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On July 27, 2017, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 27, 2017, are adopted in full;

2. Defendant's motion to dismiss (ECF No. 42) is denied; and

3. Defendant is directed to file an answer within ten (10) days from the date of this order.

DATED: October 3, 2017.

_____
UNITED STATES DISTRICT JUDGE