IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID KING,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**WANG, et al,**<br><br>　　　　　　　　　　　Defendant. | Case No. 2:14-cv-01817-KJM-DB (PC)<br><br>**ORDER** |

The Court, having considered Defendants' Motion to Modify the Discovery and Scheduling Order, and good cause appearing:

**IT IS HEREBY ORDERED** that Defendants' motion is granted. The deadline for the filing of dispositive motions is extended to May 30, 2018.

DATED: February 12, 2018

　　　　　　　　　　　　　　　　　　　/s/  DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders/prisoner-civil rights/king1817.dso eot